**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**CLINTON BURROUGHS,**

**Petitioner,**

**v.** **Case No. 5:26-cv-186-AW-ZCB**

**SHERIFF TOMMY FORD,**

**Respondent.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 9), and after a de novo review of the issues raised in Petitioner's objections (ECF No. 10), I now adopt the report and recommendation and incorporate it into this order. The objections, which are principally reargument and reassertions of conclusory and unsupported allegations of bad faith, are overruled.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed based on *Younger* abstention." All pending motions are denied as moot. A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on September 17, 2026.

s/ *Allen Winsor*
Chief United States District Judge